FILED
HARRISBURG, PA

OCT 3 1 2018

PER ⎯⎯⎯⎯⎯
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:18-CR-367 |
| | ) | |
| v. | ) | (JUDGE Jones) |
| | ) | |
| MATTHEW LYNN HUGHES, JR. | ) | |

INDICTMENT

THE GRAND JURY CHARGES:

On or about March 7, 2018, in the Middle District of Pennsylvania, the defendant,

MATTHEW LYNN HUGHES, JR.,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, that is 9mm caliber cartridges, that were manufactured outside the Commonwealth of Pennsylvania, and therefore had been shipped and

Case 1:18-cr-00367-JEJ    Document 1    Filed 10/31/18    Page 1 of 2

transported in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1), 924(a)(2).

A TRUE BILL



FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY

BY: _____    10-31-18
MEREDITH A. TAYLOR              DATE
ASSISTANT U.S. ATTORNEY