## GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. MATTHEW HUGHES
## SUPPRESSION HEARING

**CHIEF JUDGE JONES**  CR. NO.   1:18-CR-367

**MIDDLE DISTRICT OF PENNSYLVANIA**  DATE: August 18, 2020

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Map of area near York Courthouse | | | | |
| 2 | | 411 Tip Video of March 7, 2018 shooting near Clark and Duke Streets | | | | |
| 3 | | Video of March 7, 2018 shooting near Clark and Duke Streets | | | | |
| 4 | | Courthouse Video 102:   Front of courthouse.   2:30:03-2:30:39 | | | | |
| 5 | | Courthouse Video 103: Front side of courthouse.   2:30:24-2:30:50 | | | | |
| 6 | | Courthouse Video 403:   Alley near York Courthouse. 2:30:49-2:32:34 | | | | |
| 7 | | Courthouse Video of Loading Docks:   2:32:33-2:39:09 | | | | |
| 8 | | Courthouse Video 2 of Loading Docks:   2:38:40-2:39:10 | | | | |
| 9 | | Video from Glenn Place facing East | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. MATTHEW HUGHES
## SUPPRESSION HEARING

**CHIEF JUDGE JONES**   CR. NO.   1:18-CR-367

**MIDDLE DISTRICT OF PENNSYLVANIA**   DATE: August 18, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | | Video from Glenn Place facing West | | | | |
| 11 | | Photo of shooters taken from Glenn Place Video facing West | | | | |
| 12 | | Photo of shooter in black Adidas jacket taken from Glenn Place Video facing West | | | | |
| 13 | | Photo of face of shooter in black Adidas jacket taken from Glenn Place Video facing West | | | | |
| 14 | | Photo of shooter in black sweatshirt taken from Glenn Place Video facing West | | | | |
| 15 | | Photo of face of shooter in black sweatshirt taken from Glenn Place Video facing West | | | | |
| 16 | | Photo 1 of 137 E. Market Street | | | | |
| 17 | | Photo 2 of 137 E. Market Street | | | | |
| 18 | | Photo 3 of 137 E. Market Street | | | | |
| 19 | | Photo of blue car | | | | |
| 20 | | Photo 2 of blue car | | | | |
| 21 | | Video of Andrew Hisker Interview | | | | |
| 22 | | Video of Nicholas Hisker Interview | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. MATTHEW HUGHES
## SUPPRESSION HEARING

**CHIEF JUDGE JONES**  CR. NO.  1:18-CR-367

**MIDDLE DISTRICT OF PENNSYLVANIA**  DATE: August 18, 2020

| # | | Description | | | | |
|---|---|---|---|---|---|---|
| 23 | | Video of Eric Zeiler Interview – March 7, 2018 | | | | |
| 24 | | Transcript of Eric Zeiler Interview – March 7, 2018 | | | | |
| 25 | | Video of Jason Richardson Interview – March 7, 2018 | | | | |
| 26 | | Transcript of Jason Richardson Interview – March 7, 2018 | | | | |
| 27 | | Video of Interview with Sherice Carter – March 7, 2018 | | | | |
| 28 | | Transcript of Sherice Carter Interview – March 7, 2018 | | | | |
| 29 | | Map of E. Clark Avenue and N. Duke Street | | | | |
| 30 | | Overhead Photo of E. Clark Avenue and N. Duke Street | | | | |
| 31 | | Map of E. Clark Avenue and N. Duke Street - Annotated | | | | |
| 32 | | Facebook photo – Mitchy DeMula | | | | |
| 33 | | Sketch of scene drawn by Jason Richardson | | | | |
| 34 | | York City Police Department Report Incident Number 20130226M2423 | | | | |

## GOVERNMENT'S LIST OF EXHIBITS

## UNITED STATES v. MATTHEW HUGHES
## SUPPRESSION HEARING

CHIEF JUDGE JONES                                          CR. NO.   1:18-CR-367

MIDDLE DISTRICT OF PENNSYLVANIA                            DATE: August 18, 2020

| # | | Description | | | | |
|---|---|---|---|---|---|---|
| 35 | | York City Police Department Report Incident Number 201310022M2597 | | | | |
| 36 | | York City Police Department Report Incident Number 20150927M9192 | | | | |
| 37 | | York City Police Department Report Incident Number 20170115M0517 | | | | |
| 38 | | Overhead Photo of E. Clark Avenue and N. Duke Street - Annotated | | | | |
| 39 | | JNET Information for Savannah Sperduto | | | | |
| 40 | | Photo – Intersection of E. Clark Avenue and N. Duke Streets: facing West on E. Clark Avenue | | | | |
| 41 | | Photo - Video Camera at 43 N. Duke Street | | | | |
| 42 | | Photo – View from 43 N. Duke Street | | | | |
| 43 | | Photo 1 – 101 E. Market Street | | | | |
| 44 | | Photo 2 – 101 E. Market Street | | | | |

GOVERNMENT'S LIST OF EXHIBITS

**UNITED STATES v. MATTHEW HUGHES**
**SUPPRESSION HEARING**

**CHIEF JUDGE JONES**                                         CR. NO.   1:18-CR-367

**MIDDLE DISTRICT OF PENNSYLVANIA**                       DATE: August 18, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | | Photo - Video Camera on Glenn Place | | | | |
| 46 | | Facebook Profile for "Real Sav" | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |