# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:18-CR-367 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MATTHEW HUGHES, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of April 2021, we shall **RESCHEDULE** trial in this matter to commence with the selection of the jury on June 28, 2021 at 9:30 a.m., in a courtroom to be determined, Harrisburg Federal Courthouse. The Court finds the ends of justice served by continuing the case outweigh the best interest of the public and the defendant in a speedy trial given the nature of the prosecution, and that denial of a continuance would deny counsel for the defendants and the attorney for the Government the reasonable time necessary for effective preparation. We further note that both parties have agreed to the selected trial date.

**Accordingly, it is FURTHER ORDERED that**:

1. Trial of this matter is hereby continued;

2. Trial shall commence with the selection of the jury on June 28, 2021 at 9:30 a.m., in a courtroom to be determined, Harrisburg Federal Courthouse; and

3. Pretrial Motions shall be filed by or before May 28, 2021;

4.      The period of time from the signing of this Order to the rescheduled date of trial shall be excluded under the Speedy Trial Act, United States Code, 18 U.S.C. §§ 3161(1)(d) and (h)(7); and

5.      Counsel are considered attached for trial.

                                <u>s/ John E. Jones III</u>
                                John E. Jones III, Chief Judge
                                United States District Court
                                Middle District of Pennsylvania