# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:18-cr-367 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MATTHEW LYNN HUGHES, JR. | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 1st day of June 202, upon consideration of the Defendant Matthew Hughes's Motion to Continue Trial Date, (Doc. 99), it is hereby **ORDERED** that said Motion is **GRANTED.** The Court finds the ends of justice served by continuing the case outweigh the best interests of the public and defendant in a speedy trial given the nature of the prosecution, and that denial of a continuance would deny counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation.

**Accordingly, it is FURTHER ORDERED that**:

1. Trial of this matter is hereby continued;

2. Trial shall commence in this matter on September 7, 2021 at 9:30 a.m., in a courtroom to be determined, Harrisburg Federal Courthouse;

3. Pretrial motions shall be filed by or before August 6, 2021;

4. The period of time from the signing of this Order to the rescheduled date of trial shall be excluded under the Speedy Trial Act, United States Code, 18 U.S.C. § 3161(h)(7); and

5. Counsel are considered attached for trial.

s/ John E. Jones, III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
