# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:18-CR-367** |
| : | |
| **v.** : | **(Judge Conner)**[1] |
| : | |
| **MATTHEW LYNN HUGHES, JR.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 27th day of July, 2021, upon consideration of the government's motion (Doc. 96) to compel defendant to submit to photographic examination and supporting brief (Doc. 97) filed May 25, 2021, and the court noting that the defendant has not filed a responsive brief to date, it is hereby ORDERED that the defendant shall file a response to the government's motion no later than **Tuesday, August 10, 2021**.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

---

[1] The above-captioned action was reassigned to this judicial officer by verbal order of July 26, 2021, in light of the impending retirement of Chief Judge John E. Jones III.