**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:18-CR-00367 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| MATTHEW LYNN HUGES, JR., | ) | |

**WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

**UNITED STATES OF AMERICA TO THE WARDEN,**
**YORK COUNTY PRISON, YORK, PA**

**GREETINGS:**

**YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on **September 2, 2021** at **1 p.m.**, the person of **MATTHEW LYNN HUGES, JR.,** whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **MATTHEW LYNN HUGES, JR.,** be heard on the criminal charges above referred to, charging violation of 18 U.S.C. § 922(g)(9) and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **MATTHEW LYNN HUGES, JR.,** to **YORK COUNTY PRISON, YORK, PA** to serve the balance of the sentence or sentences heretofore posed.

HEREIN FAIL NOT and do return make hereof.

WITNESS my signature on this, the ___23rd___ day of ___August___, 2021.

      /S/ CHRISTOPHER C. CONNER
[ X ] United States District Judge
[    ] United States Magistrate Judge