**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 1:18-CR-00367** |
| | ) | |
| v. | ) | **(Judge Conner)** |
| | ) | |
| **MATTHEW LYNN HUGHES, JR.,** | ) | |

### WRIT OF HABEAS CORPUS
### AD PROSEQUENDUM

**UNITED STATES OF AMERICA TO THE WARDEN,**
**YORK COUNTY PRISON, YORK, PA**

**GREETINGS:**

**YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on **December 13, 2021** at **9:30 a.m.**, the person of **MATTHEW LYNN HUGHES, JR.,** whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **MATTHEW LYNN HUGHES, JR.,** be heard on the criminal charges above referred to, charging violation of 18 U.S.C. § 922(g)(9) and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **MATTHEW LYNN HUGHES, JR.,** to **YORK COUNTY PRISON, YORK, PA** to serve the balance of the sentence or sentences heretofore posed.

HEREIN FAIL NOT and do return make hereof.

WITNESS my signature on this, the _____ day of _____, 2021.

_____
[    ] United States District Judge
[    ] United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **CRIMINAL NO. 1:18-CR-00367** |
| | **)** | |
| **v.** | **)** | **(Judge Conner)** |
| | **)** | |
| **MATTHEW LYNN HUGHES, JR.,** | **)** | |

**MOTION FOR THE COURT TO ISSUE A WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

    **NOW COMES** Bruce D. Brandler, Acting, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

    1.   That there is now pending in this Court and undisposed of a certain criminal case charging the said **MATTHEW LYNN HUGHES, JR.,** with violation of 18 U.S.C. § 922(g)(9).

    2.   That the said **MATTHEW LYNN HUGHES, JR.,** is now in the custody of the Warden of **YORK COUNTY PRISON, YORK, PA.**

    **WHEREFORE**, on behalf of the United States of America, the said Bruce D. Brandler, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **MATTHEW LYNN HUGHES, JR.,** before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania **December 13, 2021,** at **9:30 a.m.** for a Hearing.

/s/ Scott R. Ford
SCOTT R. FORD
Assistant U.S. Attorney
PA 313258
228 Walnut St., PO Box 11754
Harrisburg, PA 17108
(717) 221-4482
Scott.r.ford@usdoj.gov