# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:18-CR-367 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| MATTHEW HUGHES, | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

FILED
HARRISBURG, PA

THE GRAND JURY CHARGES:

DEC - 8 2021

Per ___JBL___
Deputy Clerk

## COUNT 1
## 18 U.S.C. §§ 922(g)
## (Felon in Possession of Ammunition)

On or about March 7, 2018, in York County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

## MATTHEW HUGHES,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess ammunition, that is 9mm caliber cartridges, that were manufactured outside the Commonwealth of Pennsylvania, and therefore had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

A TRUE BILL

FOREPERSON, Grand Jury

JOHN C. GURGANUS
United States Attorney

_____
SCOTT R. FORD
Assistant United States Attorney

Date: 12/8/21