IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:18-CR-00367 |
| | : | |
| v. | : | |
| | : | |
| MATTHEW LYNN HUGHES, JR., | : | |
| | : | |
| Defendant | : | |

FILED
HARRISBURG, PA
DEC 13 2021
PER_____
DEPUTY CLERK

## PLEA

AND NOW, this 13th day of December, 2021, the within named defendant, hereby enters a plea of NOT Guilty to the within Superseding Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)