IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-367** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **MATTHEW HUGHES,** | : | |
| | : | |
| **Defendant** | : | |

## VERDICT FORM

On the charge of possession of ammunition by a convicted felon on or about March 7, 2018, against defendant Matthew Hughes, what is your verdict?

\_\_\_\_ Guilty          __X__ Not Guilty

*Proceed to Final Instructions.*

## FINAL INSTRUCTIONS

You have completed the verdict form. Have your foreperson date and sign the form below and seal it in the envelope provided. Then, inform the bailiff that you have reached a unanimous verdict.

Do not give the envelope to the bailiff. Your foreperson should retain it until it is requested by the judge when court reconvenes.

_____
JURY FOREPERSON

Dated: 12-14-21